NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HTC CORPORATION,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**APPLE INC.,**
*Intervenor.*

---

2012-1204

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-721.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Apple Inc.'s unopposed motion for leave to intervene,

IT IS ORDERED THAT:

The motion for leave to intervene is granted. The revised official caption is reflected above.

FOR THE COURT

MAR 19 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Amanda S. Pitcher, Esq.
Mark D. Fowler, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 19 2012

JAN HORBALY
CLERK